IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN APONTE,<br><br>        *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADLEPHIA, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 20-3373 |

## ORDER

**AND NOW**, this 3rd day of March 2021, upon consideration of the City of Philadelphia's Motion to Dismiss (ECF 3) and Aponte's Response (ECF 5), it is hereby **ORDERED** that, for the reasons stated in the Court's Memorandum:

1. The City of Philadelphia's Motion to Dismiss is **GRANTED**. Count IV of the Complaint is **DISMISSED WITHOUT PREJUDICE** and Count V is **DISMISSED WITH PREJUDICE**.

2. Aponte may file an amended complaint consistent with this Order and the Court's Memorandum on or before **Wednesday, March 17, 2021**.

        BY THE COURT:

        */s/ Gerald J. Pappert*
        GERALD J. PAPPERT, J.